**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SEOAN MARLER | |

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRANT SERVICES, GERARD HEINAUER, in his official capacity as Acting Director of the NEBRASKA SERVICE CENTER OF US CIS, MICHAEL B. MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

```
FILED: MAY 28, 2008
08CV3077   PH
JUDGE COAR
MAGISTRATE JUDGE ASHMAN
```

| NAME (Type or print) |
|---|
| Robert Carpenter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ |
| FIRM |
| Carpenter and Capt, Chartered |
| STREET ADDRESS |
| 53 W. Jackson Blvd., Suite 1752 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210049 | (312) 803-5110 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐