# United States District Court for the Northern District of Illinois

Case Number: 08CV3077          Assigned/Issued By: J. N.

Judge Name: COAR             Designated Magistrate Judge: ASHMAN

## FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP         ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2810783_____

Date Payment Rec'd: 5/28/08____          Fiscal Clerk: J. N._____

## ISSUANCES

☑ Summons                             ☐ Alias Summons

☐ Third Party Summons                 ☐ Lis Pendens

☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____
                                      _____
☐ Citation to Discover Assets         (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

__4__ Original and __0__ copies on _5/28/08_____ as to _MICHAEL CHERTOFF;_
                                    (Date)
U.S. ATTNY GENERAL; GERARD HEINAUER; MICHAEL B. MUKASEY

C:\wpwin80\docket\feeinfo.frm     03/14/05