AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SEOAN MARLER

|  |  |
|---|---|
| CASE NUMBER: | 08CV3077 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | JUDGE COAR |

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE ASHMAN |

TO: (Name and address of Defendant)

Patrick Fitzgerald
U.S. Attorney General
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARPENTER & CAPT, CHTD.
53 W. Jackson, Ste. 1752
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**May 28, 2008**

Date

AO 440　(Rev. 05/00)　Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>May 30, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)*　　Mike Carpenter | TITLE<br>Clerk |

*Check one box below to indicate appropriate method of service*

G　Served personally upon the defendant.  Place where served: _____

　　Served Via Hand Delivery to 219 S. Dearborn Street, 5th Floor in Chicago IL

G　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G　Returned unexecuted: _____

G　Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　　May 30, 2008　　　　*Mike Carpenter*
　　　　　　　　Date　　　　　　　　*Signature of Server*

　　　　　　　53 W. Jackson Blvd., Suite 1752, Chicago IL 60604
　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.