AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SEOAN MARLER

                              CASE NUMBER:    08CV3077

      V.                     ASSIGNED JUDGE:    JUDGE COAR

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.         DESIGNATED
                                                MAGISTRATE JUDGE:  MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Michael Mukasey, as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARPENTER & CAPT, CHTD.
53 W. Jackson, Ste. 1752
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**



(By) DEPUTY CLERK

May 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 30, 2008 |
| NAME OF SERVER *(PRINT)* Mike Carpenter | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Served via 2nd day FedEx

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 30, 2008         *Mike Carpenter*
              Date                  Signature of Server

              53 W. Jackson Blvd., Suite 1752, Chicago IL 60604
              Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.