UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEOAN MARLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No.  08 C 3077 |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Judge Coar |
| HOMELAND SECURITY, ET AL., | ) | Magistrate Judge Ashman |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
     SAMUEL D. BROOKS
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-5342

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on August 4, 2008, to the following non-ECF filers:

Robert T. Carpenter
Carpenter & Capt, Chartered
53 West Jackson Boulevard
Suite 1752
Chicago, IL 60604

By:     s/ Samuel D. Brooks
SAMUEL D. BROOKS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342

2